United States District Court
Southern District of Texas
**ENTERED**
March 11, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**UNITED STATES OF AMERICA**

v.                                                          Cr. No. H-12-0305-10

**LUIS ALBERTO OJEDA MEDINA**

### O R D E R

Having considered the defendant's unopposed motion to recommend medical treatment, the motion is GRANTED.

The Court recommends that the U.S. Marshal arrange for Mr. Ojeda Medina to undergo a hernia repair operation, as previously recommended by his treating physician. The operation must be scheduled to occur as soon as practicable. A report on the status of the surgery is to be filed with the court no later than April 11, 2025.

SIGNED at Houston, Texas, on the  11th  day of   March  , 2025.

_____
UNITED STATES DISTRICT JUDGE